**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes          Date: November 28, 2006
Court Reporter: Darlene Martinez

Civil Action No. 06-cv-02050-PSF-MJW

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Karen Pound

      Petitioner,

v.

FRANCISCO CABRERA,
d/b/a FRANCO'S CARPENTRY,
a/k/a FRANCO'S TRUCKING,

      Respondent.

_____

**COURTROOM MINUTES**
_____

HEARING: Show Cause

**8:37 a.m.     Court in session.**

Respondent fails to appear.

**ORDER:**   Petition for Judicial Approval of Levy on Principal Residence **(1)** is **granted.**

**ORDER:**   Draft Order to be submitted to the Court no later than **November 29, 2006, 5:00 p.m.**

**8:47 a.m.     Court in recess/hearing concluded.**

Total in-court time: 00:10.