IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02050-PSF-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO CABRERA,
d/b/a Franco's Carpentry, a/k/a Franco's Trucking,

    Defendant.

---

**ORDER GRANTING PETITION FOR LEVY ON
PRINCIPAL RESIDENCE AND JUDGMENT**

---

    This matter is before the Court upon the Petition of the United States and accompanying Declaration. The Court having issued a Notice and Order to Show Cause which was properly served upon the respondent, and no written objections having been filed by the Respondent, and considering the respondent's failure to appear at the show cause hearing on November 28, 2006, upon consideration of the Court,

    IT IS HEREBY ORDERED THAT, pursuant to 26 U.S.C. § 6334(e), the Court GRANTS the Petition for Judicial Approval of Levy upon Principal Residence. The Internal Revenue Service may levy upon Francisco Cabrera's interest in the real property located at 6891 Olive Street, Commerce City, Colorado 80022 in order to sell respondent's interest to satisfy part or all of his unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 2000 and 2002; unpaid

federal payroll and unemployment taxes, penalties, interest, and other statutory additions, as the sole proprietor of Franco's Carpentry a/k/a Franco's Trucking, for the tax periods ending December 31, 1998; June 30, 1999; September 30, 1999; December 31, 1999; March 31, 2000; June 30, 2000; September 30, 2000; December 31, 2000; December 31, 2001; March 31, 2002; June 30, 2002; September 30, 2002; December 31, 2002; March 31, 2003; June 30, 2003; and December 31, 2003; and a civil penalty under 26 U.S.C. § 6721 for failure to file correct returns for the 2002 tax year, which may be executed by any authorized officer of the Internal Revenue Service.

It is ORDERED AND ADJUDGED that judgment be entered in favor of the United States on its Petition.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

Francisco Cabrera
6891 Olive Street
Commerce City, Colorado 80022

Troy A. Eid
United States Attorney
District of Colorado
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202

SO ORDERED this 30th day of November, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge